FILED IN OPEN COURT
U.S.D.C. - Atlanta

OCT 24 2022

Kevin P. Weimer, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

RICHARD TYLER HUNSINGER

Criminal Information

No. 1:22-cr-0386

THE UNITED STATES ATTORNEY CHARGES THAT:

**Count One**

On or about July 25, 2020, in the Northern District of Georgia, the defendant, RICHARD TYLER HUNSINGER, and others known and unknown to the United States Attorney, aided and abetted by one another, knowingly did forcibly assault, resist, oppose, impede, intimidate, and interfere with a federal officer, that is, Federal Protective Service Inspector "K.C.," by means of a dangerous weapon, including fire and improvised explosive devices, while he was engaged in and on account of the performance of his official duties, in violation of Title 18, United States Code, Sections 111(a)(1) and (b), and Section 2.

**Count Two**

On or about July 25, 2020, in the Northern District of Georgia, defendant, RICHARD TYLER HUNSINGER, and others known and unknown to the United States Attorney, aided and abetted by one another, did willfully injure and commit a depredation against property of the United States, and a department and agency thereof, which resulted in damage exceeding the sum of $1,000, in violation of Title 18, United States Code, Section 1361, and Section 2.

## Forfeiture

Upon conviction of the offense alleged in Count Two of this Criminal Information, the defendant, RICHARD TYLER HUNSINGER, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes, or is derived from, proceeds traceable to said violation, including, but not limited to, a money judgment, that is, a sum of money in United States currency representing the amount of proceeds obtained as a result of said offense.

If, any of the property described above, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b) and Title

28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

RYAN K. BUCHANAN
*United States Attorney*

MATTHEW S. CARRICO
*Assistant United States Attorney*
Georgia Bar No. 538608

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181