Undersigned Counsel has identified the **ten cases** in which defendants have been sentenced to **24 months or more imprisonment** and has reviewed the facts set forth in the government sentencing memorandums filed in each of the ten cases.[8]

(1) <u>*United States v. Fairlamb*, No. 1:21-CR-00325-CKK **41 months incarceration**</u>

•Shoved and Punched an MPD officer.

•Climbed the scaffolding.

•Entered the Capitol carrying a stolen police baton.

(2) <u>*United States v. Chansley*, No. 1:21-CR-0003-RCL **41 months incarceration**</u>

•Q-Anon Shaman and the very face of the events of January 6.

•Climbed the scaffolding.

•Entered the Capitol and roamed the second and third floors of the building.

•Entered the Senate gallery and screamed obscenities.

•Scaled the Senate dais "taking the seat that Vice President Mike Pence had occupied less than an hour before" and took pictures of himself on the dias.

•Called other rioters up to the dias and lead them in an incantation including to be thankful for the "opportunity 'to allow us to send a message to all the tyrants, the communists, and the globalists, that this

---

[8]This analysis is based upon the Sentencing Chart filed in *United States v. Suarez* , No. 1:21-CR-00205-DLF [Doc. 53-1] on July 2, 2022.

EXHIBIT A

is our nation, not theirs, that we will not allow American, the American way of the United States of America to go down.'"

•Gave a *60 Minutes* interview falsely claiming that he was let into the Capitol by law enforcement and was merely intending to bring divinity, to bring God back into the Senate.

(3) *United States v. Cleveland*, No. 1:21:CR-00159-ABJ **28 months incarceration**

•Did not arrive in Washington, D.C. until January 7, 2021 as a result of car trouble.

•While in Washington, he texted that he was "thinking about heading over to Pelosi Cunt's speech and putting a bullet in her noggin on live TV."

•While in Washington, he texted that he "may wander over to the Mayor's office and put a 5.56 in her skull, FNG cunt."

•In his trailer, which he drove to Washington D.C., the FBI agents found a Glock 19, nine-millimeter handgun, and a model IWI Tavor X95 rifle, approximately 2,500 rounds of ammunition, and 10 large capacity ammunition feeding devices. Those rounds included:

 *Approximately 856 loose and boxed 9 mm cartridges;

 *Approximately 320 loose, green tipped, LC17 rifle cartridges;

 *Approximately 1001 loose, copper-color tipped, 5.56 mm rifle cartridges;

 *Approximately 94 loose 30-30 rifle cartridges;

 *Two 15-capacity 9 mm magazines containing approximately 29 total cartridges;

**EXHIBIT A**

  *Two 31-capacity 9 mm magazines containing approximately 62 total cartridges;

  *One 50-capacity 9 mm drum magazine containing approximately 53 total cartridges;

  *Five 5.56 mm rifle magazines containing a total of 118 cartridges (110 copper-color tipped cartridges and 8 green tipped cartridges); and

  *One 9 mm expended cartridge case.

(4) *United States v. Palmer*, 1:21-CR-0328-TSC **63 months incarceration**

•Was on the steps leading to the LWT tunnel and, having acquired a wooden plank, he threw the plank like a spear at police officers.

•He picked up a fire extinguisher and sprayed police with its contents. Then, once it was empty, he threw it at police officers.

•He then "cast around for additional items with which he could assault the police." He took hold of a long piece of scaffolding wrapped in canvas and pushed it at the legs of the police.

•He then picked up the fire extinguisher he previously used to assault police and again threw it at police.

•Also, at some point, he picked up an orange traffic barrier and threw it towards the police.

(5) *United States v. Thompson*, No. 1:21-CR-00461-RCL **46 months incarceration**

•Joined rioters as they actively assaulted police.

•Armed himself with a police baton and incited violence outside of the Capitol. Also stayed in the heart of the violent zone, watching *hours* of

**EXHIBIT A**

attacks against law enforcement. Indeed for nearly two hours he stood "in the vicinity of some of the most violent conduct on January 6, observing, commenting and occasionally chanting while windows were smashed, and the police line was repeatedly attacked."

•Provided rioters with riot shields to use against the police which had previously been stolen from the police.

•Assisted in throwing a large audio speaker at police.

•Assaulted a police officer with a baton when the officer was trying to assist a rioter needing medical attention.

(6) *United States v. Languerand*, No. 1:21-CR-00353-JDB **44 months**

•Threw a piece of wood at police.

•Just a few minutes later, he and another rioter threw a heavy black audio speaker at the police.

•A minute later, threw two sticks in rapid succession at officers.

•Three minutes later, threw another stick at officers.

•A few seconds later, threw a large orange traffic bollard which ricocheted off the riot shield of an officer before colliding with multiple officers inside the archway.

•A minute later, threw a pepper spray container followed by a bottle of liquid.

•Approximately 30 seconds later, threw a piece of wood,

•Then threw another stick at the police.

EXHIBIT A

(7) *United States v. Wilson*, No. 1:21-CR-00345-RCL **51 months imprisonment**

• Physically engaged with officers by punching, shoving and kicking them, as well as attempting to steal their riot shields.

• Picked up a several feet long white cylindrical object, believed to be a thin polyvinyl chloride (PVC) pipe, and indiscriminately struck at officers with it.

• "[E]ngaged multiple officers with whatever means he had available."

(8) *United States v. Coffman*, No. 1:21-CR-00004-CKK **46 months imprisonment**

• Drove to Washington on January 6 from Alabama in a pickup truck containing loaded firearms, including a 9mm handgun, a rifle, and a shotgun. Also, inside the pickup truck and in its covered bed were hundreds of rounds of ammunition, large-capacity ammunition feeding devices, a crossbow with bolts, machetes, camouflage smoke devices, a stun gun, cloth rags, lighters, a cooler containing eleven mason jars with holes punched in the lids, and other items. The eleven mason jars each contained a mixture of gasoline and Styrofoam. The mason jars and their contents, along with the lighters and cloth rags, made up the component parts of bottle-based improvised incendiary weapons (*i.e.* Molotov cocktails).

• The Styrofoam in the Molotov cocktails was designed to have a napalm effect of adhering to the skin of its victims.

• A month before January 6, he had traveled to Washington and attempted to drive to the residence of a United States Senator.

(9) *United States v. Creek,* No. 1:21-CR-00645-DLF **27 months incarceration**

• "Violently pushed and hit" a police officer in the face.

EXHIBIT A

- Then made a "beeline for a U.S. Capitol Police (USCP) officer who was attempting to protect himself behind a bike rack barrier and a police shield. He went around the barmier, gave [the Officer] a hard shove in the shoulders, and then kicked him, causing [the Officer] to fall backwards to the ground."

- Then picked up a thick strap with a heavy metal buckle and threw it at officers.

(10) *United States v. Miller*, 1:21-CR-00075-RDM **33months imprisonment**

- While on restricted ground of the Capitol, draped in a Confederate flag, threw a full beer can at law enforcement.

- Used a bike rack to scale the Capitol wall.

- Threw batteries at officers.

- Sprayed officers located in the Lower West Terrace tunnel with the contents of a fire extinguisher as other rioters assaulted officers with bats, flagpoles and riot shields. The contents of the fire extinguisher sprayed at least a dozen police officers.

* * * * * * * *

Admittedly an apples-to-apples comparison is often difficult to achieve. Moreover, Mr. Reffitt acknowledges that the above defendants did not go to trial (although not all were given an acceptance of responsibility reduction). Nevertheless, the very fundamental question that must be answered is, should Mr. Reffitt who

    did *not* engage in any violence,

    did *not* throw any objects at police,

24

**EXHIBIT A**