# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:22-cr-00386-AT
## USA v. Hunsinger
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 01/19/2023.

| | |
|---|---|
| TIME COURT COMMENCED: 02:40 P.M. | COURT REPORTER: Shannon Welch |
| TIME COURT CONCLUDED: 06:00 P.M. | CSO/DUSM: 1 CSO |
| TIME IN COURT: 3:20 | USPO: Paul Sims |
| OFFICE LOCATION: Atlanta | DEPUTY CLERK: Harry Martin |

| | |
|---|---|
| DEFENDANT(S): | [1]Richard Tyler Hunsinger Present at proceedings |
| ATTORNEY(S) PRESENT: | No Active Attorney Present |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing-Contested); |
| MINUTE TEXT: | Contested Sentencing Hearing held. Defense witness Megan Harrison sworn and testified. Defendant exhibit 3 admitted. Hearing continued to a date to be determined. |
| HEARING STATUS: | Hearing Concluded |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |