
# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:22-cr-00386-AT
## USA v. Hunsinger
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 02/13/2023.

| | |
|---|---|
| TIME COURT COMMENCED: 10:40 A.M. | COURT REPORTER: Shannon Welch |
| TIME COURT CONCLUDED: 05:15 P.M. | CSO/DUSM: Dan Mustaphur |
| TIME IN COURT: 6:05 | USPO: Paul Sims |
| OFFICE LOCATION: Atlanta | DEPUTY CLERK: Harry Martin |

| | |
|---|---|
| DEFENDANT(S): | [1]Richard Tyler Hunsinger Present at proceedings |
| ATTORNEY(S) PRESENT: | Matthew Carrico representing USA<br>John Lovell representing Richard Tyler Hunsinger |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | Government exhibits 5 through 8 admitted. Defendant exhibit 2 and 6 admitted. Defendant sentenced as to Counts One and Two of the Criminal Information and advised of appeal rights. See J&C for sentence. BOND. |
| HEARING STATUS: | Hearing Concluded |